**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**EDDIE BRILEY**                                                                                      **PLAINTIFF**

**v.**                             **No: 5:18-cv-00208 BRW-PSH**

**EDWARD ADAMS,** *et al.*                                                                **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommendation (Doc. No. 69) submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommendation in all respects.

Accordingly, Defendants' motion to dismiss for failure to prosecute (Doc. No. 65) is DENIED.

IT IS SO ORDERED, this 30th day of June, 2020.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE