IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE BRILEY**                                                        **PLAINTIFF**

**v.**                      No: 5:18-cv-00208 BRW

**EDWARD ADAMS,** *et al.*                                      **DEFENDANTS**

## <u>ORDER</u>

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

The Defendants' motion for summary judgment (Doc. No. 87) is granted as to Briley's failure-to-protect and medical treatment claims and these claims are dismissed with prejudice. Defendants are entitled to qualified immunity on these claims because the undisputed material facts show there was no constitutional violation. Briley's other claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 28th day of May, 2021.

                                                                        <u>Billy Roy Wilson</u>
                                                                        UNITED STATES DISTRICT JUDGE