IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE BRILEY**                                                             **PLAINTIFF**

**v.**                        **No: 5:18-cv-00208 BRW**

**EDWARD ADAMS,** *et al.*                                       **DEFENDANTS**

## **JUDGMENT**

Based on the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 28th day of May, 2021.

                                                     Billy Roy Wilson_____
                                                     UNITED STATES DISTRICT JUDGE